# In the United States Court of Federal Claims

No. 17-211C
(Filed January 5, 2018)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
RAFAEL COHEN,                    *
                                 *
             Plaintiff,          *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
             Defendant.          *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

As discussed at today's status conference, this case is **STAYED** pending resolution of the dispositive motion in the indirectly-related case *Estate of Ernest Gottdiener,* et al. *v. United States*, No. 15-1245C.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge
